UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MOHAN VALLABHAPURAPU, *et al.*,

    Plaintiffs,

vs.

BURGER KING CORPORATION,

    Defendant.

Case No. C11-00667

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jonathan E. Perlman, an active member in good standing of the bar of the U.S. District Court, Southern District of Florida, whose business address and telephone number is Genovese Joblove & Battista P.A., Miami Tower, 100 S.E. 2nd Street, 44th Floor, Miami, Florida, (305) 349-2300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Burger King Corporation

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: __March 15__, 2011

_____
Judge William Alsup