UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN VALLABHAPURAPU, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BURGER KING CORPORATION, <br><br> Defendant. | Case No. C11-00667 <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Michael D. Joblove, an active member in good standing of the bar of the U.S. District Court, Southern District of Florida, whose business address and telephone number is Genovese Joblove & Battista P.A., Miami Tower, 100 S.E. 2nd Street, 44th Floor, Miami, Florida, (305) 349-2300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Burger King Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: __March 15_____, 2011

_____
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA