UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN VALLABHAPURAPU, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BURGER KING CORPORATION,<br><br>　　　　　Defendant. | **Case No. C11-00667 WHA**<br><br>**STIPULATION AND ORDER TO ALTER HEARING DATE ON BURGER KING CORPORATION'S MOTION TO DISMISS AND TO ADD FRANCHISEES/LESSEES AS ADDITIONAL DEFENDANTS**<br><br>Date: Currently set for April 21, 2011<br>Time: 2:00 p.m.<br>Court: Courtroom 9, 19th Floor<br>Before: Hon. William H. Alsup<br><br>Case Filed: February 14, 2011 |

　　　Plaintiffs Mohan Vallabhapurapu, *et al.* and Defendant Burger King Corporation ("BKC"), by their undersigned counsel, hereby stipulate, pursuant to Civil Local Rules 6-2 and 7-12, to move the hearing on BKC's motion to dismiss and to add franchises/lessees as additional defendants, from April 21, 2011, to May 5, 2011.  Other than an extension to respond to the Complaint, the parties have not sought any other changes in the Court's deadlines.  This schedule change will not alter any previous dates set by the Court other than the deadline to file the oppositions and replies to BKC's motion.  Thus, the parties hereby stipulate, and request that the Court order, that:

///

1. Plaintiffs' opposition to BKC's motion to dismiss and add defendants will be due on April 14, 2011;

2. BKC's reply will be due on April 21, 2011; and

3. BKC's motion to dismiss and add defendants will be heard on May 5, 2011 at 2:00 p.m.

Dated:  March 22, 2011

Respectfully submitted,

GLYNN & FINLEY, LLP
Adam Friedenberg (CA Bar No. 205778)
Maureen A. Rodgers (CA Bar No. 245876
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596


By:  /s/   Maureen Rodgers[1]
Attorneys for Defendant
Burger King Corporation


Dated:  March 22, 2011

FOX & ROBERTSON, P.C.
Amy Robertson
104 Broadway, Suite 400
Denver, CO  80203
Telephone:  (303) 595-9700
Facsimile:   (303) 595-9705
Email:  arob@foxrob.com

By:     /s/  Amy Robertson
Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 23, 2011.

Honorable William Alsup
United States District Court Judge

---

[1] I, Maureen Rodgers, hereby attest that, pursuant to General Order 45, Section XB, concurrence in the filing of this document has been obtained Ms. Robertson.

- 2 -

STIP. AND ORDER TO ALTER HEARING DATE RE MOTION TO DISMISS