IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Mohan Vallabhapurapu, et al., on behalf of themselves & others similarly situated,

    Plaintiff,

v.

Burger King Corporation,

    Defendant.

CASE NO. 11-cv-00667-WHA

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Amy F. Robertson, , whose business address and telephone number is Fox & Robertson, P.C., 104 Broadway, Suite 400, Denver, CO 80203, and who is an active member in good standing of the bar of the Supreme Court of Colorado having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 23, 2011.

/s/ William Alsup
Judge William H. Alsup
United States District Judge