IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAN VALLABHAPURAPU, *et al.*,

    Plaintiffs,

v.

BURGER KING CORPORATION,

    Defendant.

No. C 11-00667 WHA

**ORDER ADVANCING CASE MANAGEMENT CONFERENCE**

This order advances the initial case management conference in this action to **THURSDAY, MAY 5, 2011, AT 2:00 P.M.** The parties shall please file their joint case management statement by **MONDAY, MAY 2, AT NOON**.

**IT IS SO ORDERED.**

Dated: April 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE