1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MOHAN VALLABHAPURAPU, *et al.*,          No. C 11-00667 WHA

11              Plaintiffs,

12     v.

13   BURGER KING CORPORATION,                 **ORDER GRANTING THIRD-PARTY
                                              DEFENDANTS LEAVE TO FILE
14              Defendant.                    MOTION TO SEVER BURGER KING
                                              CORPORATION'S THIRD-PARTY
15   _____/        COMPLAINT**

16          Based on the third-party defendants' précis and Burger King Corporation's response, the

17   third-party defendants are granted leave to file a motion to sever Burger King Corporation's third-

18   party complaint.

19

20          **IT IS SO ORDERED.**

21

22   Dated:  July 22, 2011.                   _____
                                              WILLIAM ALSUP
23                                            UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California