IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN VALLABHARPURAPU, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BURGER KING CORPORATION,<br><br>    Defendant._____/ | No. C11-0667 WHA (JSC)<br><br>**ORDER RE: PLAINTIFFS' AUGUST 2, 2011 LETTER** |

Now pending before the Court is Plaintiffs' letter dated August 2, 2001 regarding a dispute as to Defendant's production of survey evidence. Defendant shall file a letter response with any pertinent attachments on or before August 18, 2011. Plaintiffs may file a letter reply, if any, by August 25, 2011. The Court will take the matter under submission at that time and advise the parties if oral argument is required. Any party may also request oral argument.

**IT IS SO ORDERED.**

Dated: August 5, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE