IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN VALLABHAPURAPU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BURGER KING CORPORATION, <br><br> Defendant. | No. C 11-00667 WHA <br><br><br><br> **REQUEST FOR RESPONSE(S) REGARDING THIRD-PARTY DEFENDANTS** |

  Defendant Burger King Corporation has filed counterclaims against third-party defendant franchisees/lessees and/or guarantors of the Burger King restaurants at issue in this case (Dkt. No. 45). Counsel from Hanson Bridgett LLP have appeared on behalf of the third-party defendants identified in an appendix to their pending motion to sever (Dkt. No. 59-1). Counsel from Jeffer Mangels Butler & Mitchell LLP have appeared on behalf of third-party defendants Jerry M. Comstock, SRAC Holdings I, Inc., and Strategic Restaurants Acquisition Company II, LLC. And Amira Jackmon has appeared on behalf of third-party defendant Willie C. Cook.

  Counsel shall please file a submission by **NOON ON AUGUST 10, 2011**, identifying whether there are any third-party defendants not represented by any of the above-named counsel, and if so when such parties to have not yet appeared were served with the summons and third-party complaint. The goal is to identify whether there are any remaining third-party defendants who have not yet appeared, and if so their deadline to do so. If counsel cannot agree on a joint

response, counsel for Burger King and counsel from Hanson Bridgett must at least each separately respond.

**IT IS SO ORDERED.**

Dated: August 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE