IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN VALLABHAPURAPU, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> BURGER KING CORPORATION, <br><br> Defendant. <br> / | No. C 11-00667 WHA <br><br> **ORDER REQUESTING RESPONSE BRIEF FROM PLAINTIFFS ON DEFENDANT'S MOTION FOR RELIEF FROM A NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE** |

The Court is in receipt of defendant Burger King Corporation's motion for relief from a non-dispositive order of Magistrate Judge Corley dated October 14, 2011 (Dkt. No. 139). Plaintiffs are ordered to submit a response brief of no more than five pages by **FRIDAY, NOVEMBER 11, 2011**.

**IT IS SO ORDERED.**

Dated: November 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE