IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAN VALLABHAPURAPU, *et al.*,

Plaintiffs,

v.

BURGER KING CORPORATION,

Defendant.

No. C 11-00667 WHA

**ORDER ON PLAINTIFFS' AMENDED MOTION FOR EXTENSION OF TIME TO FILE CLASS CERTIFICATION MOTION**

Plaintiffs filed an amended motion for an extension of time of one month to file a motion for class certification. Plaintiffs seek an extension of the November 17, 2011, deadline to file the class certification motion in order to be able to take a Rule 30(b)(6) deposition, for which the deponent is not available until November 29, and to be able to depose two named plaintiffs, who are not currently available to be deposed due to health reasons. Having considered all submissions on the motion, good cause is shown for a brief extension. The motion for class certification must be filed by **DECEMBER 8, 2011**. The response brief is due **DECEMBER 22**, and the reply is due **JANUARY 5, 2012**. The motion hearing will be **JANUARY 19, 2012, AT 8 A.M**.

**IT IS SO ORDERED.**

Dated: November 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE