IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN VALLABHAPURAPU, *et al.*, | No. C 11-00667 WHA |
| Plaintiffs, | |
| v. | **ORDER SETTING HEARING ON MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| BURGER KING CORPORATION, | |
| Defendant. / | |

    Defendant BKC has filed a motion for relief from a non-dispositive order of Magistrate Judge Corley, dated October 14, 2011 (Dkt. No. 139). Plaintiffs have opposed (Dkt. No. 148). A hearing on the motion is hereby set for **DECEMBER 1, 2011, AT 8 A.M.** At the hearing, particular emphasis should be given to *Oliver v. Ralphs Grocery Company*. Each side may designate one architectural survey to be reviewed *in camera*. The surveys should be submitted at least 24 hours prior to the motion hearing.

**IT IS SO ORDERED.**

Dated: November 23, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE