IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAN VALLABHAPURAPU, *et al.*,

    Plaintiffs,

  v.

BURGER KING CORPORATION,

    Defendant.

                         /

No. C 11-00667 WHA

**ORDER REGARDING SUPPLEMENTAL BRIEFING**

Please respond to the following: *First*, counsel shall advise whether plaintiffs' counsel have completed their own expert review of the 86 stores and give the particulars including a general statement on the extent to which illegal barriers were found and the time line. To the extent this has not been done, please explain why. *Second*, do plaintiffs contend any stores are now out of compliance, and if not, what will be the basis for injunctive relief? *Third*, do defense counsel concede that the plaintiffs encountered the barriers alleged in their complaints or depositions, and if not, why should the defense surveys not be usable to corroborate plaintiffs' memories? Do defense counsel waive the possibility of using the surveys to rebut the allegations? Responses to these questions should be included in next Tuesday's filing and the page limits are enlarged by three pages (to eight) to accommodate this request.

**IT IS SO ORDERED.**

Dated: December 2, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE