IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN VALLABHAPURAPU, *et al.*, | No. C 11-00667 WHA |
| Plaintiffs, | |
| v. | **ORDER GRANTING REQUEST FOR LEAVE TO FILE A MOTION FOR CLASS CERTIFICATION** |
| BURGER KING CORPORATION, | |
| Defendant. | |

    Plaintiffs have filed a request seeking leave to file a motion for class certification (Dkt. No. 161). Defendant has not opposed. Having reviewed the submission and finding good to exist, the request is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE