IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Mohan Vallabhapurapu; *et al.*, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>Burger King Corporation,<br><br>      Defendant/Third Party Plaintiff,<br><br>vs.<br><br>Antelope Valley Restaurants, Inc., *et al.*,<br>      Third Party Defendants. | Case No. C-11-00667-WHA (JSC)<br><br>~~[PROPOSED]~~ ORDER GRANTING EXTENSION OF PAGE LIMITS FOR BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>**Before the Hon. William H. Alsup**<br><br>Hearing Date: January 26, 2012<br>Hearing Time:  8:00 a.m.<br>Courtroom 8, 19th Floor |

   PURSUANT TO STIPULATION, IT IS SO ORDERED.

   1) The Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification shall not exceed 40 pages, no more than 25 pages of each shall be devoted to issues other than the proposed class representatives, with the balance to discussing the proposed class representatives;

   2) Defendant's Opposition to Plaintiffs' Motion for Class Certification shall not exceed 40 pages, with the same limitations as Plaintiffs' brief; and

3) The Reply in Support of Plaintiffs' Motion for Class Certification shall not exceed 25 pages.

Dated:   December 8, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE