**LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.**
ATTORNEYS AT LAW
476 – 9th Street
OAKLAND, CALIFORNIA 94607

PHONE: (510) 839-6824 ● FAX: (510) 839-7839
SENDER'S E-MAIL: JCAMPINS@LEWISFEINBERG.COM

December 14, 2011

<u>By Hand Delivery and E-mail</u>
The Honorable Joseph C. Spero
Courtroom G, 15th Floor
Federal Building
450 Golden Gate Avenue
San Francisco, California 94102
JCSPO@cand.uscourts.gov

   Re: *Vallabhapurapu v. Burger King Corp.*, No. C11-0667

Dear Judge Spero:

  We write to request permission not to have all 25 named plaintiffs[1] appear at the January 4, 2012 settlement conference. On short notice and given the holiday season, not all will be able to attend. Several named plaintiffs will be present. We will have authority to negotiate on behalf of all those not present and the class and intend to have as many as possible available by telephone. Thank you.

              Respectfully submitted

              LEWIS, FEINBERG, LEE,
              RENAKER & JACKSON, P.C.

          By /s/ Julia Campins
             Julia Campins
             *Counsel for Plaintiffs*

cc: Opposing counsel (e-mail only)
   Co-Counsel (e-mail only)

Dated: 12/15/11

**GRANTED**
Judge Joseph C. Spero

---

[1] Although Plaintiffs' Complaint presents 27 named plaintiffs, Daniel Hernandez withdrew from the case in November and Plaintiffs sent a letter on December 13, 2011 withdrawing Anne Casey as a proposed class representative.