UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN VALLABHAPURAPU, *et al.*,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>BURGER KING CORPORATION,<br><br>　　Defendant/Third Party Plaintiff,<br><br>　　vs.<br><br>Antelope Valley Restaurants, Inc., *et al.*,<br><br>　　Third Party Defendants | Case No. C11-00667 WHA<br><br>~~[PROPOSED]~~ ORDER ALTERING DEADLINES FOR CLASS CERTIFICATION BRIEFING AND HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Date:　February 16, 2012<br>Time:　8:00 a.m.<br>Court: Courtroom 9, 19th Floor |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1.　Burger King Corporation's opposition to Plaintiffs' motion for class certification (and the opposition of any other party opposing class certification) will be due on January 12, 2012;

2.　Plaintiffs' reply will be due on February 2, 2012; and

3.　The hearing on Plaintiffs' motion for class certification will be on February 16, 2012 at 8:00 a.m.

Dated:　December 22, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 5 -

STIPULATION AND ~~[PROPOSED]~~ ORDER TO ALTER DEADLINES FOR CLASS CERTIFICATION BRIEFING AND HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. C11-00667 WHA