UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN VALLABHAPURAPU, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>BURGER KING CORPORATION,<br><br>   Defendant,<br><br>   vs.<br><br>ANTELOPE VALLEY RESTAURANTS, INC., *et al.*,<br><br>   Third-Party Defendants. | Case No. C11-00667 WHA (JSC)<br><br>[PROPOSED] ORDER EXTENDING THE DEADLINE FOR BKC'S RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>**Before the Hon. William H. Alsup** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for Defendant Burger King Corporation's opposition to Plaintiffs' Motion for Class Certification (and the opposition of any other party opposing class certification) will be January 17, 2012. Plaintiffs' reply will continue to be due on February 2, 2012 and the previously scheduled hearing date of February 16, 2012 at 8:00 a.m. shall stand.

Dated:  January 12, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

- 6 -