IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAN VALLABHAPURAPU, *et al.*,

Plaintiffs,

v.

BURGER KING CORPORATION,

Defendant.

No. C 11-00667 WHA

**ORDER REGARDING STAY OF ACTION**

The Court is in receipt of a stipulated request to stay this action (Dkt. No. 188). Except as indicated below, this action is **STAYED**, pending the Court's evaluation of the proposed settlement. The Court feels obligated to learn the basis of Burger King Corporation's opposition to the motion for class certification. Thus, the opposition must be timely filed. The reply brief and hearing on the motion will be stayed, pending evaluation of the proposed settlement.

**IT IS SO ORDERED.**

Dated: January 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE