IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAN VALLABHAPURAPU, *et al.*,

Plaintiffs,

v.

BURGER KING CORPORATION,

Defendant.

No. C 11-00667 WHA

**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiffs move for an order permitting them to amend their complaint, for settlement purposes only, and to file their first amended complaint, appended to the instant motion. The requested amendment adds as named plaintiffs the following persons: Katherine Adams, Laurie Ball, Lynda Bowman, Theresa Brown-Gaulitz, Jamie Coleman, Sheila Flaherty, Lisa Lothridge, Diane Mackie, Pia Parker, Coleen Rairdon-Brainard, Geri Samuel, William Sheehan, Barry Smith, David Thomas, and John Whited. This amendment is requested to effectuate a settlement reached by the parties. The requested amendment is necessary in order to have a named plaintiff who has visited each BKL restaurant at issue.

The motion states that "an attorney has interviewed each of the proposed new plaintiffs to confirm he or she visited the relevant restaurants using a wheelchair or scooter after October 2006, and encountered architectural barriers that impeded his or her access" and has explained to each named plaintiff his or her role and responsibilities as a named plaintiff in the class (Br. 3).

Defendant BKC does not oppose the motion. Thus, the motion is **GRANTED**. Plaintiffs must file their amended complaint by **5 P.M. ON JULY 2, 2012**.

**IT IS SO ORDERED.**

Dated: July 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2