IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAN VALLABHAPURAPU, RON SARFATY, KENNETH KILGORE, TYREY MILLS, et al.,

    Plaintiffs,

  v.

BURGER KING CORPORATION,

    Defendant.

No. C 11-00667 WHA

**ORDER RE PRE-TRIAL CONFERENCE AND TRIAL DATES**

The case management order (Dkt. No. 43) set the dates for trial and pretrial conference as September 24, 2012 and September 10, 2012, respectively. In light of the Court's order of July 2 regarding notice of class action and proposed settlement and setting fairness hearing date, docket number 228, the currently scheduled trial date and pretrial conference dates are hereby **VACATED**. Depending on the outcome of the fairness hearing, set for **3:00 P.M. ON OCTOBER 25, 2012,** the pretrial and trial dates will be reset at that time.

**IT IS SO ORDERED.**

Dated: September 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE