IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAN VALLABHAPURAPU, *et al.*,

    Plaintiffs,

v.

BURGER KING CORPORATION,

    Defendant.

No. C 11-00667 WHA

**ORDER RE FAIRNESS HEARING**

In advance of the fairness hearing currently scheduled for 3:00 p.m. on October 25, 2012, counsel are reminded to please file a motion for final approval of class settlement and include therein all of the usual information, including the following:

    a) Counsel shall certify the extent to which notice was timely and properly sent in the form and manner set forth in the order regarding notice of class action and proposed settlement (Dkt. No. 228). Counsel shall also state the number of notices mailed and/or posted.

    b) Counsel shall state the extent to which any opt-outs or objections were received. If any such opt-outs or objections were received, counsel shall provide the Court with every such opt-out or objection and describe in detail the substance of any communications with potential damages claimants opting-out of or objecting to the notice.

    c) Counsel shall state the total number of damages claimants who have now opted into the proposed settlement. If possible, counsel shall provide the estimated

    number of visits and, given these numbers, the calculated award per claimant per visit.

  d) In order to show that billing judgment was exercised, counsel submitted declarations stating that a total of 557.6 hours were deleted. Although the declarations need not be itemized, the totals for the amount deleted per timekeeper must be provided. All timekeepers, including summer associates and paralegals, must be accounted for.

The deadline for filing is **NOON ON OCTOBER 12, 2012**.

**IT IS SO ORDERED.**

Dated: October 2, 2012.

/s/ Wm Alsup

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE