IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLABHAPURAPU, et al., | No. C 11-00667 WHA |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| BURGER KING CORPORATION, | |
| Defendant. | |

In accordance with the order granting final approval of the class settlement agreement (Dkt. No. 238), **FINAL JUDGMENT IS HEREBY ENTERED**. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 31, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE